**U.S. Department of Justice**
United States Attorneys

Category B
Plea to Indictment
Rule 20 from:
U.S.D.C. for
the District
of
Columbia

**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA    )
                                )
              v.                )         Criminal No. CR 05-316-3 *(ESH)*
                                )
JACKSON OROZCO-GIL              )         **FILED**

                                          FEB 1 2 2008

**CONSENT TO TRANSFER OF CASE**           NANCY MAYER WHITTINGTON, CLERK
**FOR PLEA AND SENTENCE**                      U.S DISTRICT COURT
*(Under Rule 20)*

   I,  JACKSON OROZCO-GIL , defendant, have been informed that an  Indictment  is pending against me in the

above designated cause.  I wish to plead  guilty  to the offenses charged, to consent to the disposition of the case in the

Southern District of  Florida  in which I  am under arrest  and to waive trial in the above captioned District.

                              Dated:  2-06-08 , 2008

                              _____
                              JACKSON OROZCO-GIL
                              Defendant

                              _____
                              Oscar Arroyave, Esquire
                              Counsel for the Defendant

                              Approved:

_____        _____
Paul W. Laymon, Jr.                       Andrea Hoffman
Assistant United States Attorney for the  Assistant United States Attorney for the

District of Columbia                         Southern            District of

                                             Florida

                                                    FORM USA-153
                                                    (Rev. March 1983)